CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

DEC 06 2022

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

For Clerk's Office Use
Judge: Cullen   Rec'd:

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

7:22cv00705

For use by inmates filing a complaint under CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)

Anthony Lorenzo Watkins
Plaintiff full name

86634
Inmate No.

v.

CIVIL ACTION NO. 42 USC §1983

Albemarle-Charlottesville Regional Jail
Defendant(s) full name(s)
Classification/Housing assignment

***

A. Current facility and address: 160 Peregory Lane Charlottesville V.A 22902

B. Where did this action take place? A-C-R-J cell block W/D Cell #6 Top Bunk

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes   ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____
2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes   ____ No

1. If your answer is Yes, indicate the result: I have not gotion a answer in over two weeks

2. If your answer is No, indicate why: I have not gotion any of the responses back from administration at this time. I have waited for over two weeks now. I sent the Request form/along with Inmate Grievance form in over two weeks. From 11/22/22 That stims from 11/15/22, That allso had a hand sition on

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

I fell from the top bunk while asleep in cellblock W/D Cell #6 I had told C/o Brown that I had a aneurysm back in 2013 and should not be on a top bunk, he said in return (That he had to go b The bed Log)

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

That it was out of his hands, I hit my head, back and neck in the fall. That officer Myorga and Lt. Saeberg C/o Brown / Nurse Hawkins was there at the time.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

I seek financial compensation.

G. If this case goes to trial do you request a trial by jury?   Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 11/30/22        SIGNATURE: Anthony L. Watkins

VERIFICATION:
I, Anthony Lorenzo Watkins, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 11/30/22        SIGNATURE: Anthony L. Watkins