IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ANTHONY LORENZO WATKINS,    )
    )    Civil Action No. 7:22cv00705
    Plaintiff,    )
    )
v.    )    **MEMORANDUM OPINION**
    )
ALBEMARLE-CHARLOTTESVILLE    )
REGIONAL JAIL, *et al.*,    )    By:    Hon. Thomas T. Cullen
    )        United States District Judge
    Defendants.    )

_____

Plaintiff Anthony Lorenzo Watkins, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. On August 21, 2023, the defendants filed a motion to dismiss, and on August 22, 2023, the court issued the notice required by *Roseboro v. Garrison*, 528 F.2d 309, 310 (4th Cir. 2005). (*See* ECF Nos. 50 & 52.) The *Roseboro* notice gave Watkins 21 days to file a response to the motion to dismiss and advised him that, if he did not respond to the defendants' motion, the court would "assume that [he] has lost interest in the case, and/or that [he] agrees with what the Defendant[s] state[] in their responsive pleading(s)." (*See* ECF No. 52.) The notice further advised Watkins that, if he wished to continue with the case, it was "necessary that [he] respond in an appropriate fashion," and that if he failed to file a response to the motion within the time allotted, the court "may dismiss the case for failure to prosecute." (*Id.*)

To date, Watkins has not responded to the motion or the court's notice and, therefore, the court will dismiss this action without prejudice for failure to prosecute.

The Clerk shall send copies of this Memorandum Opinion and the accompanying Order to the parties.

**ENTERED** this 20th day of September, 2023.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE